July 16, 2015

Jeffrey D. Kyle, Clerk
Third District of Texas Court of Appeals
P.O. Box 12547
Austin, TX   78711-2547


RE:     Court of Appeals Number: **03-15-00365-CV**
        Trial Court Case Number:  **C130102C**

Style:  James Mosser and Mosser Law PLLC vs. Bob Mims


Dear Mr. Kyle:

On June 10, 2015 attorney James C. Mosser representing appellant, James Mosser and Mosser Law, PLLC, filed a Notice of Appeal with the 340th District Court of Tom Green.

The Clerk's Record was due on or before July 10, 2015.

I am hereby requesting an extension of the deadline for filing the Clerk's Record for another 15 days.

Although I have begun to prepare the record, it's apparent to me that I won't be able to finalize it until after the deadline has passed. Thus, I'm humbly requesting this 15 day extension to be granted, as I remain

Very sincerely yours,

Vicki Vines, Chief Deputy District Clerk
for Tom Green County, Texas

cc:  James C. Mosser
     Paul J. Downey